HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JONATHAN LEE GENTRY,           )
                               )   No. C99-0289L
        Petitioner,            )
                               )   **ORDER GRANTING EXTENSION**
    v.                         )   **OF DISCOVERY DEADLINE,**
                               )   **PLEADING SCHEDULE AND**
RICHARD MORGAN,                )   **EVIDENTIARY HEARING**
                               )
        Respondent.            )
                               )
_____)

This matter comes before the Court on the parties Joint Motion for Extension of

Discovery Deadline, Pleading Schedule and Evidentiary Hearing, the Court having

considered the joint motion, and the record herein NOW ORDERS:

    1)  Discovery regarding the *Brady/Napue*  and ineffectiveness of counsel claims

shall be extended from October 28, 2005, to December 5, 2005;

    2)  The due date of Petitioner's memorandum in support of his argument that an

evidentiary hearing is necessary for the ineffectiveness claim shall be extended from

November 18, 2005, to December 19, 2005; the due date of Respondent's Response shall

be extended from November 9, 2005, to January 9, 2006; and the due date of Petitioner's

Reply shall be extended to January 16, 2006.

ORDER GRANTING EXTENSION OF DISCOVERY
DEADLINE, PLEADING SCHEDULE AND
EVIDENTIARY HEARING - 1
(JONATHAN GENTRY; C99-0289L)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

3)  The Evidentiary hearing shall be rescheduled from February 6, 2005, to February 27, 2006.

DATED this 18th day of October 2005.


*MfR S Casnik*

Robert S. Lasnik
United States District Judge


Presented by:



s/Brian Tsuchida
WSBA No. 14886
Attorney for Defendant
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
brian_tsuchida@fd.org

Scott J. Engelhard
Meredith Martin Rountree
Attorneys for Jonathan Gentry


s/Paul Weisser and Gregory Rosen
Assistant Attorneys General
Attorneys for Respondent

ORDER GRANTING EXTENSION OF DISCOVERY
DEADLINE, PLEADING SCHEDULE AND
EVIDENTIARY HEARING - 2
(JONATHAN GENTRY; C99-0289L)