UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN LEE GENTRY,

    Petitioner,

    v.

RICHARD MORGAN,

    Respondent.

Case No. C99-0289L

ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ADDITIONAL DISCOVERY

    This matter comes before the Court on respondent's "Motion for Extension of Time" (Dkt. # 175). Respondent seeks an extension of time to respond to Gentry's "Motion for Permission to Conduct Additional Discovery" (Dkt. # 173). Having considered the arguments presented therein, the Court hereby GRANTS the motion to extend IN PART: Respondent will have until Tuesday, January 3rd, 2006 to submit his response. Petitioner's reply will be due on Friday, January 6, 2006. The Clerk of the Court is directed to re-note the "Motion for Permission to Conduct Additional Discovery" (Dkt. # 173) on the Clerk's Calendar for Friday, January 6, 2006.

    DATED this 27th day of December, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON MOTION FOR
EXTENSION OF TIME TO
RESPOND TO MOTION FOR
ADDITIONAL DISCOVERY - 1