UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN LEE GENTRY,

    Petitioner,

    v.

RICHARD MORGAN,

    Respondent.

Case No.  C99-0289L

ORDER SEALING EXHIBIT A OF PETITIONER'S MOTION FOR SUMMARY JUDGMENT

    This matter comes before the Court on the parties' "Stipulation Sealing Petitioner's Motion for Summary Judgment and Supporting Exhibits" (Dkt. # 188).  The parties jointly move to seal petitioner's recent "Motion for Summary Judgment" (Dkt. # 184) due to personal information contained in Exhibit A.  The Court hereby grants this motion only with regard to Exhibit A of petitioner's motion for summary judgment.  The Clerk of the Court is directed to seal Exhibit A of petitioner's motion for summary judgment (Dkt. # 184-2).  This exhibit shall remain sealed unless otherwise directed by order of the court.

    DATED this 10th day of January, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER SEALING EXHIBIT A
OF PETITIONER'S MOTION
FOR SUMMARY JUDGMENT