UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN LEE GENTRY,

    Petitioner,

  v.

RICHARD MORGAN,

    Respondent.

Case No. C99-0289L

ORDER TO SHOW CAUSE

This matter comes before the Court on "Petitioner's Motion for Order Compelling Irene Asai to Answer Interrogatories and Declaration in Support" (Dkt. # 177).  The Court has reviewed the motion, the declaration in support and the interrogatories.  Irene Asai is HEREBY ORDERED TO SHOW CAUSE why she should not be HELD IN CONTEMPT for failure to answer the interrogatories served on her on October 4, 2005.  This order will be vacated if Ms. Asai returns answers to the interrogatories by Tuesday, January 17, 2006.  Alternatively, Ms. Asai can appear before this Court on 9 a.m. on January 17, 2006 to explain her failure to complete the interrogatories.

DATED this 10th day of January, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE