UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN LEE GENTRY,

    Petitioner,

    v.

RICHARD MORGAN,

    Respondent.

Case No. C99-0289L

ORDER ON MOTIONS FOR ADDITIONAL DISCOVERY AND TO EXTEND DISCOVERY DEADLINE, PLEADING SCHEDULE AND EVIDENTIARY HEARING

    This matter comes before the Court on petitioner's "Motion for Permission to Conduct Additional Discovery" (Dkt. # 173) and "Motion and Memorandum to Extend Discovery Deadline to June 16, 2006, Pleading Schedule and Evidentiary Hearing" (Dkt. # 187). The Court has reviewed petitioner's memorandum in support of its motion for additional discovery, the corresponding exhibits, respondent's opposition, and all other relevant material. Upon consideration thereof, the Court DENIES petitioner's motion with regard to:

    1. Depositions of (a) Dan Clem, (b) the Custodian of Records, Kitsap County Sheriff's Office, (c) David Morgan, (d) Rocky Pfitzer, (e) Jan Mahan, (f) Christopher Conant and (g) Richard Kitchen;

    2. Repeated review and greater disclosure from the files of the Kitsap County Prosecuting Attorney's Office; and,

    3. *In camera* review of the personnel file of Detective Douglas Wright.

ORDER ON MOTIONS FOR
ADDITIONAL DISCOVERY
AND TO EXTEND DISCOVERY
DEADLINE, PLEADING SCHEDULE
AND EVIDENTIARY HEARING - 1

1  The Court hereby GRANTS petitioner's motion as to the depositions of James
2 Boskovitch and Richard Alwine. The Court DEFERS consideration of petitioner's request for
3 deposition of Irene Asai pending Ms. Asai's response to the Court's recent "Order to Show
4 Cause" (Dkt. # 191).

5  Except as to the depositions of Mr. Boskovitch and Mr. Alwine, petitioner's motion to
6 extend the discovery deadline, pleading schedule and evidentiary hearing (Dkt. # 187) is
7 DENIED. As to the depositions of Mr. Boskovitch and Mr. Alwine, petitioner is asked to
8 conduct those depositions as early as practicable, preferably early enough to be included in the
9 parties' pleadings, which will remain as scheduled, and as much as possible in advance of the
10 evidentiary hearing, which will proceed as scheduled on March 6, 2006. See Order on Joint
11 Motion for Extension of Discovery Deadline (Dkt. # 171).

DATED this 10th day of January, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER ON MOTIONS FOR
ADDITIONAL DISCOVERY
AND TO EXTEND DISCOVERY
DEADLINE, PLEADING SCHEDULE
AND EVIDENTIARY HEARING - 2