The Honorable Robert S. Lasnik

**99-CV-00289-DISCL**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JONATHAN LEE GENTRY,<br><br>    Petitioner,<br><br>v.<br><br>STEPHEN SINCLAIR,<br><br>    Respondent. | No. C99-0289L<br><br>[PROPOSED] ORDER REQUIRING ENTRY OF SEPARATE JUDGMENT<br><br>**THIS IS A CAPITAL CASE** |

Only after such time as the Court enters an Order denying all relief in this case, or granting relief to the Petitioner on any remaining claim, and at the direction of this Court, the Clerk shall enter final judgment in a separate document pursuant to F.R.C.P. 58(a).

DATED this 24th day of April, 2009.

_____
Honorable Robert S. Lasnik
United States District Judge

Presented by:

s/ Scott J. Engelhard
SCOTT J. ENGELHARD, WSBA #13963
Attorney for Petitioner

[PROPOSED] ORDER REQUIRING
ENTRY OF SEPARATE JUDGMENT - 1

SCOTT J. ENGELHARD
Attorney at Law
119 First Ave. S., #320
Seattle, WA 98104
206-749-0117

## CERTIFICATION OF SERVICE

I hereby certify that on the date provided below, I filed the foregoing with the Clerk of the Court and the Petitioner using the CM/ECF system.

Respectfully submitted this 25th day of March, 2009,

*s/ Scott J. Engelhard*
SCOTT J. ENGELHARD, WSBA #13963
Attorney for Petitioner

[PROPOSED] ORDER REQUIRING
ENTRY OF SEPARATE JUDGMENT - 2

SCOTT J. ENGELHARD
Attorney at Law
119 First Ave. S., #320
Seattle, WA 98104
206-749-0117