# United States District Court

WESTERN DISTRICT OF WASHINGTON

JONATHAN LEE GENTRY

      v.

STEVEN SINCLAIR

AMENDED JUDGMENT IN A CIVIL CASE*

CASE NUMBER: C99-289RSL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    Judgment is hereby entered denying petitioner's first amended habeas corpus petition with prejudice.

Dated this 24th day of April, 2009.

                                             BRUCE RIFKIN
                                                   Clerk

                                             Rhonda Stiles
                                             Deputy Clerk

* Only the date has been corrected.