UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN LEE GENTRY, | Case No. C99-0289L |
| Petitioner, | ORDER REGARDING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| vs. | |
| STEPHEN SINCLAIR, | |
| Respondent. | |

Having considered Petitioner's Motion for Withdrawal and Substitution of Counsel,

It is hereby ORDERED that pursuant to 18 U.S.C. §3599, the following attorneys are appointed to represent Petitioner: Rita Griffith (WSBA #14360) and Timothy Ford (WSBA #5986), said counsel to be compensated at the rate of $175 per hour.

It is FURTHER ORDERED that Meredith M. Rountree and Scott Engelhard shall withdraw as counsel of record after Petitioner has filed a Motion for Certificate of Appealability, except that Mr. Engelhard's appointment shall extend for a few months (as needed) to help effectively transition the case to the new attorneys.

Order Regarding Withdrawal
and Substitution of Counsel - 1

SCOTT J. ENGELHARD
119 First Avenue South, Suite 320
Seattle, Washington 98104
206-749-0117

DATED this 1st day of May, 2009.

*MMT S Lasnik* (signature)
ROBERT S. LASNIK
Chief United States District Judge

Presented by:

s/ *Scott J. Engelhard*
Scott J. Engelhard
Attorney for Jonathan Gentry

CERTIFICATION OF SERVICE

I hereby certify that on the date provided below, I filed the foregoing with the Clerk of the Court and the Petitioner using the CM/ECF system.

Respectfully submitted this 29th day of April, 2009,

s/ *Scott J. Engelhard*
SCOTT J. ENGELHARD, WSBA #13963
Attorney for Petitioner

Order Regarding Withdrawal
and Substitution of Counsel - 2

SCOTT J. ENGELHARD
119 First Avenue South, Suite 320
Seattle, Washington 98104
206-749-0117